UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDEIS UNIVERSITY,<br><br>    Plaintiff,<br><br>        v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-12780 |

## NOTICE OF APPEARANCE

Please enter the appearance of Melanie Stallone for Plaintiff Brandeis University in the above-captioned matter.

Respectfully submitted,

**BRANDEIS UNIVERSITY**,
By its attorney,

/s/ *Melanie Stallone*
Melanie Stallone (BBO #711658)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
(617) 481-0160
mstallone@clohertysteinberg.com

Dated: October 9, 2025

## CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the Court's CM/ECF system on October 9, 2025 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

                                         /s/ *Melanie Stallone*
                                         Melanie Stallone